UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

BRUCE WILSON,

       Plaintiff,

            – against –

JOHN E. ROE et al.,

       Defendants,

----------------------------------------X

ORDER
05-CV-1962 (JFB)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 1 2 2008 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

IT IS HEREBY ORDERED that for the reasons set forth in detail on the record at today's conference, plaintiff's motion for voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure is granted. For the same reasons, defendant's motion to dismiss with prejudice is denied.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    September 12, 2008
           Central Islip, New York